NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KARTIKA SHETTY, M.D., F.A.C.P., | 2:20-cv-909-KJD-BNW |
|---|---|
| Plaintiff, | STIPULATION AND SECOND REQUEST TO EXTEND DATE FOR FEDERAL DEFENDANTS TO FILE RESPONSE TO COMPLAINT |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et. al., | (Second Request) |
| Defendants. | Current Date: October 26, 2020<br>New Date: December 11, 2020 |

It is hereby agreed and stipulated by all parties, through their respective counsel, that the due date for the federal defendants to file their response to the complaint (#1) may be extended to December 11, 2020. This is the second request to extend the due date for the defendants' response to the complaint. It is requested the Court approve the requested extension of time based on the following:

1. Plaintiff Shetty filed his complaint (#1) on May 20, 2020. The complaint seeks to challenge the denial of Shetty's petition for an "EB-1" visa which sought classification of Shetty as an alien with extraordinary ability in the field of internal medicine education. *See* Complaint (#1), para. 1.

2. By stipulated order (#18) entered July 17, 2020, the deadline for the defendant federal agencies to respond to the complaint was extended to October 26, 2020, based on USCIS's issuance of an

1

administrative request for evidence (RFE) to obtain additional information from Shetty relevant to his visa application.

3. Shetty anticipates providing his response to the agency's RFE within the next two weeks. The current extended deadline will not provide USCIS with sufficient time to evaluate Shetty's anticipated additional information and make a visa eligibility determination thereon.

4. The requested extension of time is requested in order to provide time for Shetty to respond to the RFE with additional information and materials and for USCIS to further consider Shetty's eligibility for the visa classification sought by him.

Based on the foregoing, the parties request the Court approve the stipulation and the proposed extension of time to <u>December 11, 2020</u>, for the filing of defendants' response to the complaint.

| | |
|---|---|
| __/s/ Daniel Pierce_____ | __/s/ Greg Addington_____ |
| DANIEL PIERCE, ESQ. | GREG ADDINGTON |
| Counsel for Plaintiff | Assistant United States Attorney |
| | Counsel for Federal Defendants |

**IT IS SO ORDERED**

**DATED:** 11:54 am, October 14, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**