NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kartika Shetty, M.D., F.A.C.P. | 2:20-cv-00909-KJD-BNW |
| Plaintiff, | STIPULATION AND REQUEST TO EXTEND DATE FOR FEDERAL DEFENDANTS TO FILE RESPONSE TO COMPLAINT (fourth request) |
| v. | |
| U.S. Citizenship and Immigration Services, et al. | |
| Defendants. | Current Date: January 11, 2021  New Date: February 10, 2021 |

It is hereby agreed and stipulated by all parties, through their respective counsel, that the due date for the federal Defendants to file their response to Plaintiff's Complaint (*Dkt.* 1) may be extended by thirty (30) days to February 10, 2021.  This is the fourth request to extend Defendants' deadline to respond to the complaint.  It is requested that the Court approve this requested extension of time based on the following:

1.  Plaintiff Kartika Shetty filed his complaint (*Dkt.* 1) on May 20, 2020.  The complaint seeks to challenge the denial of Shetty's filed "EB-1" visa petition which sought classification of Shetty as an alien with extraordinary ability in the field of internal medicine education.  *See* Complaint (*Dkt.* 1) ¶ 1.

2.  By stipulated Order (*Dkt.* 18) entered on July 17, 2020, the deadline for the

Defendant federal agencies to respond to the complaint was extended until October 26, 2020, to allow Defendant USCIS time to issue an administrative request for evidence (RFE) to obtain additional information from Plaintiff relevant to his visa application.

3. By stipulated Order (*Dkt.* 20) entered on October 14, 2020, the deadline for the Defendant federal agencies to respond to the complaint was extended until December 11, 2020, based on the expectation that additional information relevant to Plaintiff's visa application would be received by USCIS and to allow time for the adjudication officer to review the materials.

4. By stipulated Order (*Dkt.* 22) entered on December 4, 2020, the deadline for the Defendant federal agencies to respond to the complaint was extended until January 11, 2021, to provide additional time for the USCIS adjudication officer to review the voluminous materials submitted by Shetty and to issue a visa eligibility determination.

5. The USCIS adjudication officer completed the eligibility assessment and issued a decision by letter dated December 28, 2020.

6. The requested extension of time is requested in order to provide time for Plaintiff to review the decision letter submitted by USCIS and allow the parties to confer to determine the next steps or whether this matter can be resolved without further litigation or action from this court.

Based on the foregoing, the parties request the Court approve the stipulation and the

//

//

//

//

proposed extension of time to February 10, 2021, for the filing of Defendants' response to the Complaint.

DATED January 8, 2021                               Respectfully submitted,

/s/ Daniel P. Pierce                                /s/ Greg Addington
DANIEL P. PIERCE                                    GREG ADDINGTON
Counsel for Plaintiff                               Counsel for Federal Defendants

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:08 pm, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**